UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:17-cv-20895-RNS

JUAN CARLOS GIL,

    Plaintiff,

vs.

COSMETIC SURGERY CENTER OF SOUTH FLORIDA, LLC,
d/b/a South Florida Center for Cosmetic Surgery,
and www.floridacentercosmetic.com,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Juan Carlos Gil, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 19th day of May, 2017.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Joshua M. Bloom, Esq.
Adi Amit, Esq.
LUBELL & ROSEN, LLC
200 S. Andrews Ave, Suite 900
Fort Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax:    (954) 755-2993
E-mail: jmb@lubellrosen.com
*Attorneys for Defendant*

*s/ Scott R. Dinin*