UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:17-cv-20895-RNS

JUAN CARLOS GIL,

    Plaintiff,

v.

COSMETIC SURGERY CENTER OF
SOUTH FLORIDA, LLC, d/b/a South Florida
Center for Cosmetic Surgery, and
www.floridacentercosmetic.com,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 5th day of October, 2017.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Julia M. Ingle* |
| Scott R. Dinin, Esq. | Julia M. Ingle, Esq. |
| SCOTT R. DININ, P.A. | LUBELL & ROSEN, LLC |
| 4200 NW 7th Avenue | 200 S. Andrews Avenue, Suite 900 |
| Miami, Florida 33127 | Fort Lauderdale, Florida 33301 |
| Tel: (786) 431-1333 | E-mail: mi@lubellrosen.com |
| Fax: (786) 513-7700 | Tel: (954) 880.9500 |
| E-mail: inbox@dininlaw.com | Fax: (954) 755.2993 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1